UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGINALD J. HOWARD,

        Plaintiff,

vs.                                        Case No. 8:16-cv-2849-T-27MAP

DAVID GEE, *et al*,

        Defendants
_____/

### ORDER

**BEFORE THE COURT** is the Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's motion for leave to proceed *in forma pauperis* be denied and his Complaint dismissed (Dkt. 4). Plaintiff has responded to the Report and Recommendation (Dkts. 5,6) and filed a motion for clarification (Dkt. 7).[1] Essentially, Plaintiff disagrees with the Magistrate Judge's findings and conclusions. And clarification is not warranted.

Upon careful review, the Report and Recommendation (Dkt. 4) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes. Plaintiff's motion for leave to proceed *in forma pauperis* (Dkt. 2) is **DENIED**. His motion for clarification (Dkt. 7) is likewise **DENIED**  This case is **DISMISSED**. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 9th day of November, 2016.

                                                      JAMES D. WHITTEMORE
                                                      United States District Judge

Copy to: Plaintiff

---

[1] A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Objections must "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009). And the district court reviews the report and recommendation for "clear error" even in the absence of objections. *Macort v. Prem, Inc.*, 208 Fed. App'x 781, 784 (11th Cir. 2006).